Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone: (909) 235-4400
Facsimile: (909) 235-4419

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC,
d.b.a Shasta Regional Medical Center


PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: philip.scarborough@usdoj.gov
       joseph.frueh@usdoj.gov
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
THOMAS E. PRICE, M.D.
Secretary, Department of Health & Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>                Plaintiff,<br><br>                v.<br><br>THOMAS E. PRICE, M.D., in his official capacity as Secretary of the Department of Health and Human Services,<br><br>                Defendant. | Case No. 2:17-CV-00431-TLN-KJN<br><br>**STIPULATION AND ORDER TO CONTINUE DEFENDANT'S RESPONSE TO THE COMPLAINT** |

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER TO CONTINUE RESPONSE TO COMPLAINT** |

IT IS HEREBY STIPULATED, by and between Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Thomas E. Price, M.D., through their undersigned counsel and subject to Court approval, that the deadline for Defendant's response to the Complaint be continued until after the Court issues a decision on Defendant's Motion for Stay of Proceedings (ECF No. 10), which is scheduled to be heard on July 27, 2017.

Specifically, the parties stipulate that, subject to Court approval, Defendant shall file his response to the Complaint within 30 days of the date of an order denying Defendant's Motion, or within 30 days of the date of an order lifting the requested stay of proceedings, whichever is applicable. The Court approved this same stipulation in related actions numbered 2:17-cv-00069-TLN-KJN (ECF No. 11); 2:17-cv-00071-TLN-KJN (ECF No. 12); 2:17-cv-00072-TLN-KJN (ECF No. 9); 2:17-cv-00073-TLN-KJN (ECF No. 10); 2:17-cv-00074-TLN-KJN (ECF No. 10); and 2:17-cv-00082-TLN-KJN (ECF No. 10).

Dated: June 20, 2017

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
PHILIP A. SCARBOROUGH
Assistant United States Attorneys

Attorneys for Defendant
THOMAS E. PRICE, M.D.
Secretary, Department of Health & Human Services

**TROY A. SCHELL, ESQ.**
**BRYAN WONG, ESQ.**

By: /s/ *Bryan Wong*   (authorized on 6/20/2017)
Bryan Wong, Esq.

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC

**IT IS SO ORDERED.**

Dated: July 5, 2017

Troy L. Nunley
United States District Judge