Troy A. Schell, Esq. (SBN 208661)
Bryan Wong, Esq. (SBN 205573)
3300 East Guasti Road, 3rd Floor
Ontario, California 91761
Telephone: (909) 235-4400
Facsimile: (909) 235-4419

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC,
d.b.a Shasta Regional Medical Center

PHILLIP A. TALBERT
United States Attorney
PHILIP A. SCARBOROUGH
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: philip.scarborough@usdoj.gov
joseph.frueh@usdoj.gov
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendant
THOMAS E. PRICE, M.D.
Secretary, Department of Health & Human Services

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIME HEALTHCARE SERVICES – SHASTA LLC, a Delaware limited liability company doing business as Shasta Regional Medical Center,<br><br>                Plaintiff,<br><br>                v.<br><br>THOMAS E. PRICE, M.D., in his official capacity as Secretary of the Department of Health and Human Services,<br><br>                Defendant. | Case No. 2:17-cv-00431-TLN-KJN<br><br>**STIPULATION AND ORDER FOR:**<br><br>**(1) WITHDRAWING DEFENDANT'S MOTION FOR STAY (ECF No. 10); AND**<br><br>**(2) SETTING THE DEADLINE FOR DEFENDANT'S RESPONSE TO THE COMPLAINT** |

# STIPULATION AND ORDER

IT IS HEREBY STIPULATED, by and between Plaintiff Prime Healthcare Services – Shasta, LLC, and Defendant Thomas E. Price, M.D., through their undersigned counsel and subject to Court approval, that:

1. Defendant's Motion for Stay of Proceedings (ECF No. 10) is hereby withdrawn; and

2. the deadline for Defendant's response to the Complaint shall be August 4, 2017, consistent with the deadline in related actions numbered 2:17-cv-00069-TLN-KJN (*see* ECF Nos. 11, 20); 2:17-cv-00071-TLN-KJN (*see* ECF Nos. 12, 19); 2:17-cv-00072-TLN-KJN (*see* ECF Nos. 9, 16); 2:17-cv-00073-TLN-KJN (*see* ECF Nos. 10, 17); 2:17-cv-00074-TLN-KJN (*see* ECF Nos. 10, 17); and 2:17-cv-00082-TLN-KJN (*see* ECF Nos. 10, 17).

Dated: July 11, 2017

                PHILLIP A. TALBERT
                United States Attorney

By:   /s/ *Joseph B. Frueh*
        JOSEPH B. FRUEH
        PHILIP A. SCARBOROUGH
        Assistant United States Attorneys

Attorneys for Defendant
THOMAS E. PRICE, M.D.
Secretary, Department of Health & Human Services

**TROY A. SCHELL, ESQ.**
**BRYAN WONG, ESQ.**

By:   /s/ *Bryan Wong*   (authorized on 7/11/2017)
        Bryan Wong, Esq.

Attorneys for Plaintiff
Prime Healthcare Services – Shasta, LLC

**IT IS SO ORDERED.**

Dated: July 12, 2017

                _____
                Troy L. Nunley
                United States District Judge